IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BRESLIN, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| vs. | : | NO. 12-0360 |
| | : | |
| DANIEL WYRICK, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 22nd day of August, 2018, upon consideration of Defendant Daniel Wyrick's motion to dismiss (Document #26), the plaintiffs' response thereto (Document #62), and Mr. Wyrick's reply brief (Document #72), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part as follows:

1. Defendant Wyrick is DISMISSED from this action with prejudice.

2. The defendant's request for sanctions against the plaintiffs' attorney is DENIED.

3. Defendant Wyrick's separate motion for sanctions (Document #86) is DENIED as moot.

4. Defendant Wyrick's motion to strike (Document #129) is DENIED as moot.

5. The plaintiffs' motion for leave to file a supplemental response to Defendant Wyrick's motion for sanctions (Document #131) is DENIED as moot.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.