# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES BRESLIN, et al.,** | : | CIVIL ACTION |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | NO. 12-0360 |
| | : | |
| **DUNCANNON BOROUGH,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 21st day of August, 2018, upon consideration of Defendant Duncannon Borough's motion to dismiss (Document #34), the plaintiffs' response thereto (Document #60), and the Duncannon Borough's reply brief (Document #77), IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.