IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BRESLIN, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 12-0360 |
| | : | |
| LAURA PORTILLO, | : | |
|     Defendant | : | |

# **O R D E R**

**AND NOW,** this 22nd day of August, 2018, upon consideration of Defendant Laura Portillo's motion to dismiss (Document #24), the plaintiffs' response thereto (Document #61), and Ms. Portillo's reply brief (Document #73), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part as follows:

    1. Defendant Portillo is DISMISSED from this action with prejudice.

    2. The defendant's request for sanctions against the plaintiffs' attorney is DENIED.

                                                     BY THE COURT:

                                                     /s/ Lawrence F. Stengel
                                                   LAWRENCE F. STENGEL, J.